## United States Bankruptcy Court
## Northern District of Illinois

**VOLUNTARY PETITION**

| Name of Debtor (if individual enter Last,, First, Middle):<br><br>CRASOVAN  DORIN | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| all other names | All Other Names used by the Joint Debtor in the last 6 years (includes married, maiden, ad trade names): |
| Social Sec./Tax I.D. ( if more than one, state all):<br><br>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 | Social Sec./Tax I.D. No. (If more than one state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code)<br><br>6543 N Artesian<br>Chicago, IL   60645 | Street address of Joint Debtor (No. & Street, City, State & Zip Code) |
| County of Residence or of the<br>Principal Place of business:                COOK | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

### Information Regarding the Debtor (Check the Applicable Boxes)

Venue(Check any applicable box)
[√] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately proceeding the date of this petition or for a longer part of such 180 days than in any other District.
[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply)<br>■ Individual(s)         ❑ Railroad<br>❑ Corporation        ❑ Stockbroker<br>❑ Partnership        ❑ Commodity Broker<br>Other_____ | Chapter or Section of Bankruptcy Code Under Which the Petition is Filed<br>(Check one box)<br><br>■ Chapter 7          ❑          Chapter 11          ❑  Chapter 13<br>❑ Chapter 9          ❑          Chapter 12<br>Sec. 304 - Case ancillary to foreign proceeding |
|---|---|
| **Nature of Debts (Check one box)**<br><br>■ Consumer/Non-Business    ❑ Business<br><br>Chapter 11 Small Business (check all boxes that apply)<br>❑ Debtor is a small business as defined in 11 U.S.C. Sec. 101<br>❑ Debtor is and elects to be considered a small business under<br>    11 U.S.C.  Section 1121 (c) (Optional) | **Filing Fee (Check one box)**<br><br>■ Full Filing Fee attached<br>❑ Filling fee to be paid in installments (Applicable to individuals only)<br>    Must attached signed Application for the court's consideration<br>    certifying that the debtor is unable to pay fee except in installments.<br>    Rule 1006(b) .  See Official Form No. 3 |

Statistical/Administrative Information (Estimates only)
❑ Debtor estimates the funds will be available for distribution to unsecured creditors.
❑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there
will be  no  funds available for distribution to unsecured creditors.

| | 1-15 | 16-49 | 50-99 | 100-299 |
|---|---|---|---|---|
| Estimated Number of Creditors | ❑ | ■ | ❑ | ❑ |

**TH IS SPACE FOR COURT USE ONLY**

### Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $ 500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,00 to<br>$50 million |
|---|---|---|---|---|---|
| ■ | ❑ | ❑ | ❑ | ❑ | ❑ |

### Estimated Debts

| $ 0 to<br>$ 50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,000 to<br>$50 million |
|---|---|---|---|---|---|
| ❑ | ❑ | ❑ | ❑ | ❑ | ❑ |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s)          DORIN CRASOVAN |
|---|---|

### Prior Bankruptcy Case Filed Within Last 6 Years (if more than one use additional sheet)

| Location Northern District of Illinois<br>Where Filed: | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (if more than one use additional sheet)

| Name of Debtor | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Signatures

| Signature(s) of Debtor(s) Individual/Joint | Signatures of Debtor (Corporation/Partnership) |
|---|---|
| I declare under penalty of perjury that the information provided in the petition is true and correct.<br>(If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7) I am aware that I may proceed under chapter 7, 11, 12 or 13 of title ll, United States Code, understand the relief available under each such chapter, and choose to proceed under Chapter 7. I request relief in accordance with the chapter of title ll, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| _____<br>Signature of Debtor | _____<br>Signature of Authorized Individual |
| _____<br>Signature of Joint Debtor | _____<br>Printed Name of Authorized Individual |
| _____<br>Telephone Number (If not represented by attorney) | _____<br>Title of Authorized Individual |
| Date  June 28, 2005 | Date |

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| *//s/ Ross Weisman*<br>Signature of Attorney for Debtor(s)<br><br>ROSS WEISMAN<br>Printed Name of Attorney for (Debtors)<br><br>**WEISMAN  & WEISMAN  P. C.**<br>Firm Name<br><br>**188 W. RANDOLPH STREET    - SUITE 1126**<br>Address<br><br>**CHICAGO, ILLINOIS    60601**<br><br>**(312)   782-3750**<br>Telephone Number<br><br>Date       June 28, 2005 | I certify that I am a bankruptcy petitioner preparer as defined in 11 U.S. C. Sec. 110, that I prepared the document for compensation and that I have provided  the debtor with a copy of this document.<br><br>_____<br>Printed Name of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number<br><br>_ _____<br>Address<br><br>Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document. |
| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commissions pursuant to Section 13 or 5(d) of the Securities and Exchange Act of 1934 and is requesting relief under Chapter 11)<br>_____ Exhibit A is attached and made a part of this Petition<br><br>**Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner herein (he or she) may proceed under 7, 11, 12 or 13 of title ll, United States Code and have explained the  relief available under each chapter.<br><br>_Signature of Attorney for Debtor(s)                          Date_ | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>_____<br>Signature of Bankruptcy Petition Preparer<br><br>_____<br>Date<br><br>A bankruptcy petition preparer's failure to comply with the provisions of title ll and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. Section 110; 18 U.S.C. Section 156. |

In re:         DORIN CRASOVAN

## SCHEDULE A - REAL PROPERTY

| Description and location of property ................................................................ Nature of debtor's interest in property | Current market value of debtor's interest in the property without deducting any secured claim or exemption ................................................................ Amount of secured claim |
|---|---|

NONE

In re:   DORIN CRASOVAN

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property<br>................................................................................<br>Description and location of property | Current market value of debtor's interest in property without deducting any secured claim or exemptions |
|---|---|
| 1.   Cash on hand. | $ 50.00 |
| 2.   Checking, savings, or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives.          **Bank One** | **$200.00** |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | **NONE** |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | **$150.00** |
|          Location:  **In debtor's possession.** | |
| 5.   Books, pictures, and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | **NONE** |
| 6.   Wearing apparel. | **$250.00** |
| 7.   Furs and jewelry. | **NONE** |
| 8.   Firearms and sports, photographic, and other hobby equipment. | **NONE** |
| 9.   Interests in insurance policies. | **NONE** |
| 10.  Annuities. | **NONE** |
| 11.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. | **NONE** |
| 12.  Stock and interest in incorporated and unincorporated businesses.  **Chicagowide Flooring and Remodeling, Inc.** | **Unknown value** |
| 13.  Interests in partnerships or joint ventures. | **NONE** |
| 14.  Government and corporate bonds and other negotiable and non-negotiable instruments. | **NONE** |
| 15.  Accounts receivable. | **NONE** |
| 16.  Alimony, maintenance, support and property settlements to which the debtor is or may be entitled. | **NONE** |

## SCHEDULE B - PERSONAL PROPERTY (continued)

| Type of Property<br>...........................................................................<br>Description and location of property | Current market value of debtor's interest in property without deducting any secured claim or exemption |
|---|---|
| 17. Other liquidated debts owing debtor including tax refunds. | NONE |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property | NONE |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | NONE |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. | NONE |
| 21. Patents, copyrights, and other intellectual property. | NONE |
| 22. Licenses, franchises, and other general intangibles. | NONE |
| 23. Automobiles, trucks, trailers, and other vehicles or accessories.   **1994 Dodge B150 125,000 miles**<br>**1993 Ford E 150 - 100,000 miles not drivable** | |

Debtor's interest:   **$2,000.00**
Total debt on property:   **$    0.00**

| | |
|---|---|
| Secured creditor(s): | |
| 24. Boats, motors, and accessories. | NONE |
| 25. Aircraft and accessories. | NONE |
| 26. Office equipment, furnishings, and supplies | NONE |
| 27. Machinery, fixtures, equipment, and supplies used in business.   **-Tools of trade** | **$1,000.00** |
| 28. Inventory. | NONE |
| 29. Animals. | NONE |
| 30. Crops - growing or harvested. | NONE |
| 31. Farming equipment and implements. | NONE |
| 32. Farm supplies, chemicals and feed. | NONE |
| 33. Other personal property of any kind not already listed. | NONE |

**TOTAL:   $3,650.00**

In re:  DORIN CRASOVAN

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor in entitled under:
### 735 ILCS 5/12-901 and 735 ILCS 5/12-1001 et. seq.

| Description of property<br>------------------------------------------------------------<br>-Specify law providing each exemption | Value of claimed exemption<br>------------------------------------------------------------<br>--Current market value of property without<br>deducting exemption |
|---|---|

| | | |
|---|---|---|
| 1. | Wearing Apparel<br>Section 5/12-1001(a) | $   250.00 |
| 2. | Cash and Bank Accounts<br>Section 5/12-1001(b) | $   250.00 |
| 3. | Household goods<br>Section 5/12-1001(b) | $   150.00 |
| 4. | Automobiles<br>Section 5/12-1001(c) | $ 1,200.00 |

Debtor claims any unused portion of
$2,000 personal property exemption

In re:  DORIN CRASOVAN

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| Creditor's name and complete mailing address including zip code<br>--------------------------------------------------------------<br>-<br>**Date claim was incurred, nature of lien and description and market value of property subject  to lien** | Amount of claim without deducting value of collateral<br>----------------------------------------------------<br>-<br>**Unsecured portion if any** |
|---|---|

NONE

In re:  DORIN   CRASOVAN

### SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| Creditor's name and complete mailing address including zip code | Amount entitled to priority |
|---|---|
| **Date claim was incurred and consideration for claim.** | **-** <br> **Total amount of claim** |

TYPE OF PRIORITY CLAIMS:

**Wages, Salaries and Commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $2000 per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. sec. 507(a)(3).

**Contributions to Employee Benefit Plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first to the extent provided in 11 U.S.C. sec. 507(a)(4).

**Certain Farmers or Fishermen**
Claims of certain farmers or fishermen, up to a maximum of $2000 per farmer or fisherman, against the debtor, as provided in 11 U.S.C.
sec. 507(a)(5).

**Deposits by Individuals**
Claims of individuals up to a maximum of $900 for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. sec. 507(a)(6).

**Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. sec. 507(a)(7).

NONE

In re:    DORIN CRASOVAN

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor's name and complete mailing address including zip code<br>--------------------------------------------------------------------<br>Date claim was incurred and consideration for claim. If claim is subject to setoff, so state. | Amount of claim |
|---|---|

ADT Security Services, Inc.
526414
c/o Barry Serota & Associates
P. O. Box
Arlington Heights, IL  60006

Amount of claim:    $  438.00

AT&T Universal Card
4784609000525537
P. O. Box 44167
Jacksonville, FL 32231-4167

Amount of claim:    $6,700.01

Anderson Financial Network
1010176953
P. O. Box 3097
Bloomington, IL 61702

Amount of claim:    $  559.00

Bank of America
435657000724
P.O. Box 2276
Brea, CA 92822

Amount of claim:    $6,305.00

Bank of America
435657000724
P. O. Box 1597
Norfolk, VA  23502

B'na B'rth Today
311964
Department 224
Washington, D.C. 20055-0224

Amount of claim:    $  325.00

Chase
4366141022096673
201 N. Walnut St.
Wilmington, DE  19801

Amount of claim:    $  1,202.00

Chase                                          Amount of claim:    $ 6,091.00
426651301808397
201 N. Walnut St.
Wilmington, DE  19801


Dontech                                        Amount of claim:    $25,181.00
02M1119671
c/o Jack H. Rottner & Associates
105 W. Madison ST.  #1200
Chicago, IL 60602


Erikson Decorating
02M1122176                                     Amount of claim:    $ 2,010.00
c/o Teller, Levit & Silvertrust, P.C.
11 East Adams St.    8th Flr.
Chicago, IL    60603


Fidelity National Credit Services, Inc.        Amount of claim:    $    102.00
0532753784001
P. O. Box 3051
Orange, CA 92857


General Electric                               Amount of claim:    $ 1,588.00
02M1114706
c/o Blatt  & Hasenmiller F & L
125 W. Wacker Drive #400
Chicago, IL  60606


Pentagroup Financial                           Amount of claim:    $    144.00
1965638
P. O. Box 742209
Houston, TX   77274


Peoples Energy                                 Amount of claim:    $    658.00
4500035317328
130 E. Randolph
Chicago, IL  60601


RBS NB CC                                       Amount of claim:    $ 3,874.00
438832010771
1000 Lafayette Blvd.
Bridgeport, CT   066604


Resurgence Financial                           Amount of claim:    $ 7,826.00
04M1126363
c/o   Kaplan and Chaet
5215 Old Orchard Rd. Suite 300
Skokie, IL  60077

Universal/ Citi                                    Amount of claim:  $ 7,043.00
47860900052
8787 Bay Pine Road
Jacksonville, FL 32256


Yellow Book USA                                    Amount of claim:     $3,413.05
131271
c/o Teller, Levit & Silvertrust, P.C.
11 East Adams Street
Chicago, IL  60603


                                                   **TOTAL   $ 73,459.06**

In Re:  DORIN CRASOVAN

Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property, include any timeshare interest.

State nature of debtors' interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

**NOTE**:  A party listed on this schedule will not receive notice of the filing of this cases unless the party is also scheduled in the appropriate schedule of creditors.

❏ Check this box if debtor has no executory contracts of unexpired leases.

| Name and mailing address, including zip code, of other parties to lease or contract | Description and contract or lease and nature of debtor's interest.  State whether lease is for non-residential real property.   State contract number of any government contract. |
|---|---|

**Nick Magdum**                                   **$600.00 per month - No security deposit**
**6543 N. Artesian**
**Chicago, IL   60645**

In re: DORIN CRASOVAN

                                    Debtor

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☒  Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

Maria Crasovan - Wife                           AT&T Universal Card
6543 N. Artesian                                P. O. Box 44167
Chicago, IL  60645                              Jacksonville, FL  32231-4167

In re:  DORIN CRASOVAN

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTORS

---

DEBTOR'S MARITAL STATUS:              Married

DEPENDENTS OF DEBTOR
Living with debtor and receiving support for:
                              **NONE**
Living with debtor:              Wife, Maria Crasovan and Daughter, Roxana Crasovan, age 18

Not living with debtor but paying support for:

---

EMPLOYMENT:

Occupation            :        Self-employed
Employer name         :        Chicagowide Flooring & Remodeling
How Long employed     :        6245 N. California Ave.
Address of employer   :        Chicago, IL  60659

Occupation            :
Employer name         :
How Long employed     :
Address of employer   :

---

INCOME:

| | |
|---|---|
| Current monthly gross wages, salary, and commissions......................................... | $1,200.00 |
| Estimated monthly overtime................................................................. | 0.00 |
| SUBTOTAL.............................................................................. | 0.00 |

LESS PAYROLL DEDUCTIONS

| | | |
|---|---|---|
| a. | Payroll taxes and social security......................................... | 360.00 |
| b. | Insurance............................................................... | 0.00 |
| c. | Union dues............................................................. | 0.00 |
| d. | Other: | |
| | SUBTOTAL OF DEDUCTIONS.................................... | 360.00 |

TOTAL NET MONTHLY TAKE HOME PAY....................................................

Regular income from operation of business or other source....................................  0.00
(See ATTACHMENT TO SCHEDULE J)

**TOTAL MONTHLY INCOME........................................................**          **840.00**

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within
the year following the filing of this document:

### SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

The following expenditures are for **DEBTOR**

| | |
|---|---|
| Rent/home mortgage payments..................................................................... | 600.00 |

### REAL ESTATE TAXES ARE INCLUDED.
### PROPERTY INSURANCE IS INCLUDED.

| | |
|---|---|
| Utilities:  Electricity and heating fuel.......................................................... | 0.00 |
| Water and sewer.............................................................. | 000 |
| Telephone....................................................................... | 0.00 |
| Other: | |
| Garbage................................................................ | 0.00 |
| Security................................................................ | 0.00 |
| Cable.................................................................... | 0.00 |
| Home maintenance...................................................................... | 200.00 |
| Food............................................................................................ | 200.00 |
| Clothing....................................................................................... | 50.00 |
| Laundry and dry cleaning.............................................................. | 20.00 |
| Medical and dental expenses........................................................ | 0.00 |
| Transportation............................................................................. | 100.00 |
| Recreation, clubs, and entertainment............................................ | 0.00 |
| newspapers, magazines, etc........................................................... | 0.00 |
| Charitable contributions................................................................ | 0.00 |

**Insurance**:

| | |
|---|---|
| Homeowner's or renter's...................................................... | 0.00 |
| Life.................................................................................... | 0.00 |
| Health............................................................................... | 0.00 |
| Auto.................................................................................. | 40.00 |

Other:

**Taxes:**

| | |
|---|---|
| Real estate (property) taxes............................................................. | |
| Installment payments: | |
| Auto.................................................................................. | 0.00 |
| Other: | |
| Alimony, maintenance, and support paid to others.................................. | 0.00 |
| Payments for support of additional dependent not living at your home...................... | 0.00 |

Regular expenses from operation of  business, profession, or farm...........................          650.00
  (See ATTACHMENT TO SCHEDULE J)  (business expenses - rent and  telephone)

Other:
>    **NONE**

TOTAL MONTHLY EXPENSES...............................................................................          $1,860.00

(The penalties for making a false statement or concealing property is a fine of up to $500,000 or imprisonment
for up to 5 years or both.  - 18 U.S.C. secs. 152 and 3571.)

Debtor,

# DECLARATION CONCERNING DEBTOR' S SCHEDULES

# DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I,   DORIN CRASOVAN  , named as the debtor in this case, declare under penalty of perjury

that I have read the foregoing **summary and schedules**, consisting of  15  sheets, and that it is true and correct to

the best of my information and belief.

Signature: _____     Date: _____June 28, 2005_____
                    DORIN CRASOVAN

*The penalties for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both.  - 18 U.S.C. secs. 152 and 3571.)*

In Re:  DORIN CRASOVAN

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| SUMMARY OF SCHEDULES | | | | |
|---|---|---|---|---|
| **Schedule Name** | | **Assets** | **Liabilities** | **Other** |
| **x (marked if attached)** | | **# sheets** | | |
| ___ A-  Real Property | 1 | -0- | | |
| ___ B - Personal Property | 2 | $3,650.00 | | |
| ___ C - Property Claimed as exempt | 1 | | | |
| ___ D - Creditors Holding Secured claims | 1 | | -0- | |
| ___ E - Creditors Holding Unsecured Priority Claims | 1 | | -0- | |
| ___ F - Creditors Holding Unsecured Non-Priority Claims | 1 | | $73,459.06 | |
| ___ G - Executory Contracts and unexpired Leases | | | | |
| ___ H - Codebtors | 1 | | | |
| ___ I - Current Income of Individual Debtors | 2 | | | $  840.00 |
| ___ J - Current Expenditures of Individual | 1 | | | $1,260.00 |
| **Summary Sheet Total No. of Sheets of All Schedules** | 1 | | | |
| **Total Assets** | | $3,650.00 | | |
| **Total Liabilities** | | | $73,469.06 | |
| **Total No.  of Creditor(s)** | | | 17 | |
| **Excess Income (if any) -** | | | | |

# UNITED  STATES  BANKRUPTCY  COURT

## NORTHERN DISTRICT OF ILLINOIS

IN RE:

    DORIN CRASOVAN

    **Debtor(s)**

Case No.:_____

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional should provide information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19-25. Each question must be answered.  If the answer to any question is "none", or the question is not applicable, mark the box labeled "none".  If additional space is needed for the answer  to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITION

"In business" A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form, if the debtor is or has been, within the years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation: a partner, other than a Limited partner, or a partnership; a sole proprietor or self employed.

"Insider"  the term "insider" includes but is not limited to: relatives of the debtor: general partners of the debtor and their relatives; corporations of which the debtor is an officer, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. 101(30).

# STATEMENT OF FINANCIAL AFFAIRS

None   **1. INCOME FROM EMPLOYMENT OR OPERATION OF BUSINESS**

☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from  operation of the debtor's business from the beginning of this calendar year to the date this
case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.

**DEBTOR**

| Year to Date: | Amount | Source(if more than one) |
|---|---|---|
| 2005 | $ 6,000.00 | |
| 2004: | $20,000.00 | |
| 2003: | | |

None   **2.      INCOME OTHER THAN FROM EMPLOYMENT OR OPERATION OF BUSINESS**

☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars,  If a joint petition is filed, state income for each spouse separately.

None **3. PAYMENTS TO CREDITORS**

☒   a.  List all payments on loans, installment purchase of goods or services, and other dates aggregating services, and other dates, aggregating more than $600 to any creditor, made within 90 days immediately  preceding the commencement of this case.

None

☒

b.  List all payments made within one year immediately preceding commencement of this case to or for the benefit of creditors  who are or were insiders.

None   **4.  SUITS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

☐

a. List all suits to which the debtor is or was a party to within one year immediately preceding the filing of this bankruptcy  case.

| Caption of Suit and Case Number | Nature of Proceeding | Court and Location | Status or Disposition |
|---|---|---|---|
| DonTech vs. Crasovan 02 M1 119671 | Contract | Circuit Court Cook County | Judgment Pending |

| Resurgence Financial LLC vs. Crasovan 04 M1 136363 | Contract | Circuit Court Cook County | Judgment Pending |
|---|---|---|---|
| Erickson Decorating vs. Crasovan  02 M1 122176 | Contract | Circuit Court Cook County | Judgment Pending |
| General Electric vs. Crasovan 02 M1 114706 | Contract | Circuit Court Cook County | Judgment Pending |

None

☒

    b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year  immediately preceding the commencement of this case.

---

None   **5.  REPOSSESSIONS, FORECLOSURES AND RETURNS**

☒    List all property that has been repossessed by a creditor, sold, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this  case.

---

None   **6.  ASSIGNMENTS AND RECEIVERSHIPS**

☒    a.  Describe any assignment of property for the benefit of  creditor made within **120 days** immediately preceding the  commencement of this case.

None

☒    b.  List all property which has been in the hands of a custodian,  receiver, or court-appointed official within one year immediately preceding the commencement of this case.

---

None   **7.  GIFTS**

☒    List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than  $200.00 in value per individual family member and charitable contributions aggregating less than $100 per recipient.

---

None   **8.  LOSSES**

☒    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case or **since the commencement of this case**.

---

None   9. **PAYMENTS RELATED TO DEBT COUNSELING OR BANKRUPTCY**

☐        a.  List all payments made or property transferred by or on behalf of the debtor to any persons,
            including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy
            law or preparation of a petition in bankruptcy within one year immediately preceding the
            commencement of this case.

**Weisman & Weisman, P.C.**
**188 W. Randolph Street**
**Suite 1126**
**Chicago, IL 60601**
**(312) 782-3750**

| | |
|---|---|
| Filing fee: | $  209.00 |
| Attorney's fees: | $2,000.00 |
| Source was: | Wife's earnings |
| Date(s) of payment: | 5/13/05 |

---

None   10. **OTHER TRANSFERS**

☒        List all other property, other than property transferred in the ordinary course of the business or
         financial affairs of the  debtor, transferred either absolutely or as security within **one year**
         immediately   preceding the commencement of this case.

---

None   11. **CLOSED FINANCIAL ACCOUNTS**

☒        List all financial accounts and instruments held in the name of the debtor or for the benefit of the
         debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one
         year  immediately preceding the commencement of this case.

---

None   12. **SAFE DEPOSIT BOXES**

☒        List each safe deposit or other box or depository in which the debtor has or had securities, cash, or
         other valuables within  one year immediately preceding the commencement of this case.

---

None   13. **SETOFFS**

☒        List all setoffs made by any creditor, including a bank, against a debt or deposit or the debtor within
         90 days preceding the commencement of this case.

---

None   14. **PROPERTY HELD FOR ANOTHER PERSON**

☒        List all property owned by another person that the debtor holds or controls

---

None  15. **PRIOR ADDRESS OF DEBTOR**

☒     If the debtor has moved within two years immediately preceding the commencement of this case,
      list all premises which the debtor occupied during that period and vacated prior to the
      commencement of this case.  If a joint petition if filed, report also any separate address of either
      spouse.

None  16. **SPOUSES AND FORMER SPOUSES**

☒     If the debtor resides or resided in a community property state, commonwealth, or territory
      (including commonwealth, or territory (including Alaska, Arizona, California, Idaho,
      Louisiana, Nevada, New Mexico, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas,

      Washington, or Wisconsin) within the **six-year period** immediately preceding the
      commencement of the case, identify the name of the debtor's spouse and of any former spouse
      who resides or resided with the debtor in the community property state.

None  17. **ENVIRONMENTAL INFORMATION**

☒   a.  List the name and address of every site for which the debtor has received notice in writing by a
        governmental unit that it may be liable or potentially liable under or in violation of an
        Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the
        Environmental Law:

☐   b.  List the name and address of every site for which the debtor has provided notice to a governmental
        unit of a release of Hazardous Material.  Indicated the governmental unit to which the notice was
        sent and the date of the notice.

☐   c.  List all judicial or administrative proceedings, including settlements or orders, under any
        Law with respect to which the debtor is or was a party.  Indicate the name and address of the
        governmental unit that is or was a party to the proceedings, and the docket number.

None  18.   **NATURE, LOCATION AND NAME OF BUSINESS**

☐   a.  If the debtor is an individual, list the names addresses, taxpayer identification numbers, nature of
        of the businesses, and beginning and ending dates of all businesses in which the debtor was an
        officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship,
        or was a self- employed professional within the six years immediately preceding the
        commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity
        securities with the six years immediately preceding the commencement of this case.

        **Dorin Carsovan d/b/a Chicagowide Flooring and Remodeling**
        **6245 N. California**
        **Chicago, IL   60609**

☐  b.  If the debtor is an partnership, list the names and taxpayer identification numbers, nature of the businesses and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or  more of the voting or equity securities, within six years  immediately preceding the commencement of this case.

☐  b.  If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses and beginning and ending dates of all businesses in which the debtor was a partner or  owned 5 percent or  more of the voting or equity securities, within six years immediately  preceding the commencement of this case.

   b.  Identify any business listed in response to subdivision a., above that is "single asset real estate" as defined in 11 U.S.C Section 101.

(The penalties for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both.

DECLARATION

I,  DORIN CRASOVAN, named as the debtor in this case, declare under penalty of perjury that I have read the foregoing statement of Financial Affairs, consisting of 7 sheets, and that it is true and correct to the best of my information and belief.

Signature:_____    Date:_____June 28, 2005_____
        DORIN CRASOVAN

Jay Weisman  and Ross Weisman
WEISMAN & WEISMAN, P.C.
188 West Randolph Street    Suite 1126
Chicago, Illinois 60601
(312) 782-3750

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE:

      DORIN CRASOVAN         |      CASE NO.

          Debtor(s),

**CHAPTER 7 DEBTOR'S STATEMENT OF INTENTION**

1.    I, DORIN CRASOVAN, the debtor, have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.    My intention with respect to the property of the Estate which secures those consumer debts is as follows:

| NAME AND ADDRESS OF CREDITOR | DESCRIPTION OF PROPERTY | DEBTOR'S INTENTION |
|---|---|---|
| NONE | | |
| | | |

3.    I understand that Section 521(B) of the Bankruptcy Code requires that I perform the above stated intention within 45 days of the filing of this statement with the court, or within such additional time as the court, for cause, within such 45 day period, fixes.

Date:   June 28, 2005                                    
                                         DORIN CRASOVAN

Jay Weisman and Ross Weisman
Weisman & Weisman, P.C.
Attorneys for the Debtor
188 West Randolph St., Suite 1126
Chicago, Illinois 60601
(312) 782-3750

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

IN RE:

DORIN CRASOVAN

Case No. _____

Debtor(s)

## DISCLOSURE OF COMPENSATION UNDER 11 U.S.C. 329
## AND BANKRUPTCY RULE  2016(b)

      I certify that I am the attorney for the above named debtor and that the compensation paid or agreed to be paid to me for services rendered or to be rendered in behalf of the debtor in, or in connection with, case under Title 11 of the United States Code, such payment or agreement having been made after one year before the date of the filing of the petition, is as follows:  $2,000.00 paid,   -0-   to be paid, that the source of the compensation was income earned and that the source of the compensation agreed to be paid is future income.

      I have not agreed to share this compensation with any other person.

Dated: _____June 28, 2005_____      ____/s/ Ross Weisman_____
                                                     Attorney for the Debtor

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**IN THE MATTER OF**

      DORIN CRASOVAN                               **NO.**

                Debtor,

## AUTOMATIC STAY

**TO THE FOLLOWING NAMED CREDITORS:**

       You are hereby advised that an Order for relief under 11 U.S.C. Chapter 7 has been entered on a Petition filed by the above-named Debtor and that pursuant to Section 362 of the Bankruptcy Code, the filing of the Bankruptcy Petition automatically operates as a stay of the commencement or continuation of any action against the Debtor.

Jay Weisman and Ross Weisman
Weisman & Weisman, P.C.
188 West Randolph St. - #1126
Chicago, Illinois 60601
(312) 782-3750

------------------------------------

                            Attorneys for Debtor