**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| **CRASOVAN, DORIN** | ) | |
| | ) | CASE NO. 05 B 26022 |
| | ) | |
| | ) | JUDGE EUGENE R. WEDOFF |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At: U.S. BANKRUPTCY COURT
         219 S. DEARBORN, COURTROOM 744
         CHICAGO, ILLINOIS 60604

    On: **October 16, 2007**
    At: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                                      $     35,039.19

    b. Disbursements                           $         0.00

    c. Net Cash Available for Distribution $  35,039.19

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Trustee | $ 0.00 | $ 4,253.92 | $ |
| Trustee | $ 0.00 | $ | $ 170.24 |
| US Bankruptcy Court | $ 0.00 | $ | $ 250.00 |
| Trustee's Firm Legal | $ 0.00 | $ 4,947.50 | $ |
| Trustee's Firm Legal | $ 0.00 | $ | $ 52.33 |

5.  In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6.  Claims of general unsecured creditors totaling $23,231.25, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $100.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Dontech 02M1119671 | $ 17,181.71 | $ 17,181.71 |
| 2 | Citibank (South Dakota) NA Citibank/CHOICE | $ 6,049.54 | $ 6,049.54 |
| 3 | FIA Card Services N A | $ 4,812.92 | $ 1,473.14 |
| 5 | Erikson Decorating | $ 2,158.94 | $ 660.81 |

7.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9.  Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Dated:  **September 13, 2007**

For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL  60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

05-26022    Doc 31    Filed 09/13/07    Entered 09/15/07 23:42:46    Desc Imaged
Certificate of Service    Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1            User: amcc7              Page 1 of 1              Date Rcvd: Sep 13, 2007
Case: 05-26022                  Form ID: pdf002          Total Served: 27

The following entities were served by first class mail on Sep 15, 2007.
db           +Dorin Crasovan,    6543 N Artesian,    Chicago, IL 60645-5327
aty          +Allan G Sweig,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
aty          +Chaya D Williams,    Leibowitz Law Center,    420 W. Clayton Street,    Waukegan, IL 60085-4216
aty          +David P Leibowitz,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
aty          +Laura Barrientos-Du Vall,    Leibowitz Law Center,    420 West Clayton Street,
               Waukegan, Il 60085-4216
aty          +Ross Weisman,    188 W Randolph St Ste 1126,    Chicago, IL 60601-2998
tr           +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
9529586       ADT Security Services, Inc.,     526414,    c/o Barry Serota & Associates,    P. O. Box,
               Arlington Heights, IL  60006
9529587       AT&T Universal Card,    4784609000525537,    P. O. Box 44167,    Jacksonville, FL 32231-4167
9529588      +Anderson Financial Network,    1010176953,    P. O. Box 3097,    Bloomington, IL 61702-3097
9529591      +B'na B'rth Today,    311964,    Department 224,    Washington, D.C 20055-0001
9529589      +Bank of America,    435657000724,    P.O. Box 2276,    Brea, CA 92822-2276
9529590      +Bank of America,    435657000724,    P. O. Box 1597,    Norfolk, VA 23501-1597
9529592      +Chase,    4366141022096673,    201 N. Walnut St.,    Wilmington, DE 19801-2920
9529593      +Chase,    426651301808397,    201 N. Walnut St.,    Wilmington, DE 19801-2920
10548453      Citibank (South Dakota) NA,    Citibank/CHOICE,    Exception Payment Processing,    POB 6305,
               The Lakes, NV  88901-6305
9529594      +Dontech,    02M1119671,    PO Box 10417,    Chicago, IL 60610,    Chicago, IL 60610-0417
9529595      +Erikson Decorating,    02M1122176,    c/o Teller, Levit & Silvertrust, P.C.,
               11 East Adams St.    8th Flr.,    Chicago, IL 60603-6301
11420825     +FIA Card Services N A,    Attn Mr BK,    1000 Samoset Dr,    DE5-023-03-03,    Newark, DE 19713-6000
9529596      +Fidelity National Credit Services, Inc.,    0532753784001,    P. O. Box 3051,
               Orange, CA 92857-0051
9529597      +General Electric,    02M1114706,    c/o Blatt & Hasenmiller F & L,    125 W. Wacker Drive #400,
               Chicago, IL 60606-4440
9529598      +Pentagroup Financial,    1965638,    P. O. Box 742209,    Houston, TX 77274-2209
9529599      +Peoples Energy,    4500035317328,    130 E. Randolph,    Chicago, IL 60601-6207
9529600      +RBS NB CC,    438832010771,    1000 Lafayette Blvd.,    Bridgeport, CT 06604-4725
9529601      +Resurgence Financial,    04M1126363,    c/o Kaplan and Chaet,    5215 Old Orchard Rd. Suite 300,
               Skokie, IL 60077-1020
9529602      +Universal/ Citi,    47860900052,    8787 Bay Pine Road,    Jacksonville, FL 32256-8528
9529603      +Yellow Book USA,    131271,    c/o Teller, Levit & Silvertrust, P.C.,    11 East Adams Street,
               Chicago, IL 60603-6301
The following entities were served by electronic transmission on Sep 14, 2007.
9529589      +E-mail/PDF: bankofamericaebn@americaninfosource.com Sep 14 2007 02:36:12     Bank of America,
               435657000724,    P. O. Box 2276,    Brea, CA 92822-2276
9529590      +E-mail/PDF: bankofamericaebn@americaninfosource.com Sep 14 2007 02:36:11     Bank of America,
               435657000724,    P. O. Box 1597,    Norfolk, VA 23501-1597
11420825     +E-mail/PDF: bankofamericaebn@americaninfosource.com Sep 14 2007 02:37:06
               FIA Card Services N A,    Attn Mr BK,    1000 Samoset Dr,    DE5-023-03-03,    Newark, DE 19713-6000
                                                                                              TOTAL: 3
                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Sep 15, 2007**                    **Signature:**    _/s/ Joseph Speetjens_