## Form 2

Page: 1

## Cash Receipts And Disbursements Record

| **Case Number:** | 05-26022 ERW | | **Trustee:** | DAVID P. LEIBOWITZ (330570) |
|---|---|---|---|---|
| **Case Name:** | CRASOVAN, DORIN | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | ***-*****98-65 - Money Market Account |
| **Taxpayer ID #:** | 13-7559246 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 04/30/08 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/08/07 | {8} | Dimonte & Lizak | per settlement of 07-91 | 1241-000 | 35,000.00 | | 35,000.00 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 13.64 | | 35,013.64 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 18.07 | | 35,031.71 |
| 07/12/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6500% | 1270-000 | 7.48 | | 35,039.19 |
| 07/12/07 | | To Account #********9866 | TRANSFER OF FUNDS TO OPEN NEW BANK ACCOUNT WITH JPMORGAN CHASE BRANCH 312 | 9999-000 | | 35,039.19 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 35,039.19 | 35,039.19 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 35,039.19 | |
| | | | **Subtotal** | | 35,039.19 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$35,039.19** | **$0.00** | |

{} Asset reference(s)   Printed: 04/30/2008 01:07 PM   V.10.03

## Form 2

### Cash Receipts And Disbursements Record

| Case Number: | 05-26022 ERW | | Trustee: | DAVID P. LEIBOWITZ (330570) |
|---|---|---|---|---|
| Case Name: | CRASOVAN, DORIN | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****98-66 - Checking Account |
| Taxpayer ID #: | 13-7559246 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 04/30/08 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/12/07 | | From Account #********9865 | TRANSFER OF FUNDS TO OPEN NEW BANK ACCOUNT WITH JPMORGAN CHASE BRANCH 312 | 9999-000 | 35,039.19 | | 35,039.19 |
| 10/16/07 | 101 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $4,253.92, Trustee Compensation;  Reference: | 2100-000 | | 4,253.92 | 30,785.27 |
| 10/16/07 | 102 | Clerk of Court | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 250.00 | 30,535.27 |
| 10/16/07 | 103 | Leibowitz Law Center | Dividend paid 100.00% on $4,947.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 4,947.50 | 25,587.77 |
| 10/16/07 | 104 | Leibowitz Law Center | Dividend paid 100.00% on $52.33, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 52.33 | 25,535.44 |
| 10/16/07 | 105 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $170.24, Trustee Expenses;  Reference: | 2200-000 | | 170.24 | 25,365.20 |
| 10/16/07 | 106 | Dontech 02M1119671 | Dividend paid 100.00% on $17,181.71; Claim# 1; Filed: $17,181.71; Reference: 10024-12 | 7100-000 | | 17,181.71 | 8,183.49 |
| 10/16/07 | 107 | Citibank (South Dakota) NA Citibank/CHOICE | Dividend paid 100.00% on $6,049.54; Claim# 2; Filed: $6,049.54; Reference: 47846090000525537 | 7100-900 | | 6,049.54 | 2,133.95 |
| 10/16/07 | 108 | FIA Card Services N A | Dividend paid 30.60% on $4,812.92; Claim# 3; Filed: $4,812.92; Reference: | 7200-000 | | 1,473.14 | 660.81 |
| 10/16/07 | 109 | Erikson Decorating | Dividend paid 30.60% on $2,158.94; Claim# 5; Filed: $2,158.94; Reference: | 7200-000 | | 660.81 | 0.00 |

Subtotals :   **$35,039.19**   **$35,039.19**

{} Asset reference(s)

Printed: 04/30/2008 01:07 PM     V.10.03

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 05-26022 ERW  
**Case Name:** CRASOVAN, DORIN  

**Taxpayer ID #:** 13-7559246  
**Period Ending:** 04/30/08  

**Trustee:** DAVID P. LEIBOWITZ (330570)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*98-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 35,039.19 | 35,039.19 | $0.00 |
| | | | Less: Bank Transfers | | 35,039.19 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 35,039.19 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$35,039.19** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # \*\*\*-\*\*\*\*\*98-65** | 35,039.19 | 0.00 | 0.00 |
| **Checking # \*\*\*-\*\*\*\*\*98-66** | 0.00 | 35,039.19 | 0.00 |
| | $35,039.19 | $35,039.19 | $0.00 |

{} Asset reference(s)                                                                                                      Printed: 04/30/2008 01:07 PM    V.10.03